William A. ANDERSON, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7045.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of William A. Anderson's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.